UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
                    :

UNITED PET GROUP, INC.,           :
                    :    ORDER ADOPTING
                    :    <u>REPORT AND RECOMMENDATION</u>
         Plaintiff,    :
                    :    13-cv-126 (WFK) (MDG)
    -against-       :

AXON US, CORP.,                 :
                    :
         Defendant.  :
                    :
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge**

      On September 4, 2013, United States Magistrate Judge Marilyn D. Go issued a Report and Recommendation recommending that Defendant's request to vacate entry of default be denied, but that determination of the relief to be awarded be deferred pending further discovery. *See* Dkt. No. 18. Pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties had fourteen days to object to the Report and Recommendation. The parties having failed to object on or before September 18, 2013, the Court hereby ADOPTS the Report and Recommendation in its entirety.

<u>**SO ORDERED**</u>

Dated: Brooklyn, New York
       October 10, 2013

                                                    s/WFK

                                    HON. WILLIAM F. KUNTZ, II
                                    United States District Judge